UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mid-List Press,

Plaintiff,

vs.

James L. Nora, Sr.,

Defendant.

FILE NUMBER: 02-CV-68 (DSD/SRN)

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Upon plaintiff's oral and unopposed motion, and for good cause shown, the Court's Pretrial Scheduling Order of April 16, 2002, is hereby amended as follows:

> All dispositive motions shall be served and filed by the parties no later than November 15, 2002.

All other provisions of the April 16, 2002 Pretrial Scheduling Order remain in full force and effect.

Dated: September 10, 2002.

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

GP:919740 v1

2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK