**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mid-List Press,** **Civil No. 02-68 (DSD/SRN)**

**Plaintiff,**

v.

**ORDER**

**James L. Nora, Sr.,**

**Defendant.**

---

Laura J. Hein, Esq., on behalf of Plaintiff.

Thomas DeVincke, Esq. and Robyn K. Johnson, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On November 1, 2002, the Court issued an Order granting in part and denying, as moot, in part Plaintiff's motion to compel. The Court now provides the following schedule for complying with its Order:

Defendant is instructed to comply with the November 1, 2002 Order as it applies to document production within ten days, that is, by November 25, 2002. Defendant is instructed to comply with the November 1, 2002 Order as it applies to his computer hard drive within a month, that is, by Friday December 16, 2002. This means that by December 16, 2002, Defendant will have produced two copies of the hard drive, an independent expert will have located all potentially responsive documents, Defendant will have reviewed the documents for privilege, and Defendant will have produced to Plaintiff a copy of whatever documents are not privileged.

In order for the parties to have adequate time to comply with this Order as well as bring

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

dispositive motions, it will be necessary to modify the current Pretrial Scheduling Order. Consequently, the Court will issue a Second Amended Pretrial Scheduling Order. All modifications to the previous deadlines will be listed in bold print.

Dated: November 15, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge