UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Mid-List Press,**

**Plaintiff,**

v.

**James J. Nora, Sr.,**

**Defendant.**

**Civil No. 02-68 (DSD/SRN)**

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

Completed - All pre-discovery disclosures required by Rule 26(a)(1) have been completed.

May 15, 2002 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

June 15, 2002 - By Plaintiff
July 1, 2002 - By Defendant

August 1, 2002 - All discovery of any kind shall be commenced in time to be completed by this date, **with the exception of discovery that is the subject of the Court's November 1, 2002 Order.**

FILED NOV 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

August 5, 2002 - All nondispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk to Magistrate Judge Susan Richard Nelson, (651)848-1200. All nondispositive motions shall be scheduled, filed, and served in compliance with Local Rules 7.1, 37.1, and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

**Dispositive Motions/Trial**

**February 14, 2003 -** All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed, and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

**This case shall be ready for trial** at the conclusion of discovery or upon resolution of any dispositive motion, and **no later than April 11, 2003**. The parties estimate that trial of this Jury matter will take 2-3 days.

General

No more than 5 depositions shall be taken by any party.

No more than 30 Interrogatories, 35 Document Requests, and 30 Requests for Admissions (including all subparts) shall be served by any party.

Each party may depose no more than 1 expert.

Each party may call no more than 1 expert at trial.

Dated: November 15, 2002

Susan Richard Nelson
United States Magistrate Judge