IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mid-List Press,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**James J. Nora, Sr.**<br><br>**Defendant.** | **Court File No.02-CV-68 (DSD/JMM)** |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that the Defendant, James J. Nora, Sr., hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of the court granting an injunction against Defendant, and all matters therein, dated July 30, 2003, filed July 31, 2003.

Dated August 29, 2003.

**ATTORNEY FOR DEFENDANT/APPELLANT**

**Paul A. Sortland (#103573)**
**SORTLAND LAW OFFICE**
33 South Sixth Street, Suite 4100
Minneapolis, Minnesota 55402-3601
(612) 375-0400

54

FILED AUG 29 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK