UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-68(DSD/SRN)

Mid-List Press,

Plaintiff,

v. **ORDER**

James J. Nora, Sr.,

Defendant.

Laura J. Hein, Esq. and Gray, Plant, Mooty, Mooty & Bennett, 3400 City Center, 33 South Sixth Street, Minneapolis, MN 55402, counsel for plaintiff.

Paul A. Sortland, Esq. Sortland Law Office 33 6th Street South, Suite 4100, Minneapolis, MN 55402; Fred R. Jacobberger, Esq. and Jacobberger, Micallef & Associates, 2720 Maplewood Drive, Maplewood, MN 55109, counsel for defendant.

This matter is before the court upon its own motion following its order of November 17, 2003, finding defendant James Nora, Sr., in contempt. In that order, the court held that defendant would be ordered to reimburse plaintiff for its reasonable costs and fees of bringing the contempt motion. Plaintiff has submitted an affidavit describing in detail legal fees in the amount of $3,748.05 and related costs in the amount of $28.70. The court finds that plaintiff's requested fees and costs are reasonable.

JAN 5 2004
FILED
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Therefore, **IT IS HEREBY ORDERED** that:

1. Defendant shall pay to plaintiff $3,748.05 for legal fees plaintiff incurred in bringing its contempt motion.

2. Defendant shall pay plaintiff $28.70 for costs plaintiff incurred in bringing its contempt motion.

3. Defendant shall make such payments to plaintiff not later than January 31, 2004.

Dated: January 5, 2004

David S. Doty, Judge
United States District Court