**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

RECEIVED
04 JUL 16 AM 11: 10

Mid-List Press,
Plaintiff-Appellee

v.

James J. Nora, Sr.
Defendant-Appellant

Case No. 02-CV-68 (DSD/SRN)

NOTICE OF DISCHARGE OF COUNSEL AND NOTICE OF APPEARANCE BY ATTORNEYS-IN-FACT

TO: Clerk of United States District Court
for the District of Minnesota
U.S. Courthouse
300 S. Fourth Street
Minneapolis, Minnesota 55415

The Honorable David S. Doty
U.S. Courthouse
300 S. Fourth Street
Minneapolis, Minnesota 55415

Paul A. Sortland, Esquire
33 S. Sixth Street, Suite 4100
Minneapolis, Minnesota 55402-3601

Laura J. Hein, Esquire
GRAY, PLANT & MOOTY, P.A.
80 S. Eighth Street
500 IDS Center
Minneapolis, Minnesota 55402-3000

PLEASE TAKE NOTICE that the Defendant, James J. Nora, Sr., by Attorney in Fact for litigation, Audrey F. Hart Nora[1], does hereby discharge Paul A. Sortland, Esquire, as

[1] The original Power of Attorney is attached to the original Notice filed with the Court. Copies of the Power of Attorney are attached to copies of the Notice sent to Judge Doty, Mr. Sortland and Ms. Hein.

SCANNED
JUL 16 2004
U.S. DISTRICT COURT MPLS

Defendant's counsel in the above-captioned matter pursuant to the Power of Attorney attached hereto. Audrey F. Hart Nora respectfully represents to the Court that the Attorneys-in-Fact, have been polled on the action to discharge Attorney Sortland and for the Attorneys-in-Fact to appear and represent the Defendant in these proceedings. Audrey Hart Nora, James J. Nora, Jr. and Elizabeth Hart Nora voted to discharge Attorney Sortland and to proceed to represent Defendant. Attorney-in-Fact Wendy Alison Nora abstained from the vote. Pursuant to the terms of Power of Attorney, the majority determines the action.

The undersigned Attorney-in-Fact requests that all pleadings, demands, documents and notices be served upon her at the address which appears below.

Dated at Denver, Colorado this 15th day of July, 2004.

Audrey H. Nora MD

Audrey Hart Nora, M. D.
1973 S. Kenton Ct.
Denver, Colorado 80014
(303) 306-7294