02-CV-068 DSD/SRN
ex a

# DURABLE POWER OF ATTORNEY FOR LITIGATION

I, JAMES J. NORA, SR., Principal, of Arapahoe County, Colorado, for medical reasons and upon the advice of my physician, appoint my wife, AUDREY HART NORA, and three of my children, WENDY ALISON NORA, of Madison, Wisconsin, JAMES J. NORA, JR., of Lincoln, Nebraska, and ELIZABETH HART NORA, of Rochester, Minnesota, or the survivor or survivors of them, to act for me as my Agents in all matters of litigation, including the pending litigation matter known as MID-LIST PRESS, Plaintiff vs. JAMES J. NORA, SR, Defendant, Civil No. 02-CV-68 (DSD/JMM), in the United States District Court, District of Minnesota.

My agents are empowered and authorized, but not limited, to:

1. Assert, prosecute before any court or administrative agency any claim, claim for relief, cause of action, counterclaim, offset, and defend against an individual, a legal entity, or government, including suits to recover property or other thing of value, to recover damages sustained by the principal, to eliminate or modify tax liability, or to seek an injunction, specific performance, or other legal or equitable relief;

2. Bring an action to determine adverse claims, intervene in litigation, and act as amicus curiae;

3. In connection with litigation, procure an attachment, garnishment, libel, order of arrest, or other preliminary, provisional, or intermediate relief and use any available procedure to effect or satisfy a judgement, order, or decree;

4. In connection with litigation, perform any lawful act, including acceptance of tender, offer of judgment, admission of facts, submission of a controversy on an agreed statement of facts, consent to examination before trial, and binding the principal in litigation;

5. Submit to arbitration, settle, and propose or accept a compromise with respect to a claim or litigation;

6. Waive the issuance and service of process upon the principal, accept service of process, appear for the principal, designate persons upon whom process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive and execute and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument in connection with the prosecution, settlement, or defense of a claim or litigation;

SCANNED
JUL 16 2004
U.S. DISTRICT COURT MPLS

7. Act for the principal with respect to bankruptcy or insolvency proceedings, whether voluntary or involuntary, concerning the principal or some other person, with respect to a reorganization proceeding, or a receivership or application for appointment of a receiver or trustee which affects an interest of the principal in property or other thing of value;

8. Pay a judgment against the principal or a settlement made in connection with litigation and receive and conserve money, or other thing of value paid in settlement of or as proceeds of a claim or litigation; and

9. In connection with the above powers, to hire and dismiss agents, legal counsel, and employees as my agents deems appropriate.

The consent of a majority of my agents shall be sufficient to act hereunder and in the event a majority cannot agree, my wife's decision shall control.

This power of attorney shall not revoke any prior durable or general powers of attorney made by me and shall continue to be effective even though I may become disabled, incapacitated, or incompetent.

I agree that any third party who receives a copy of this instrument may rely and act under it. Revocation of this power of attorney shall not be effective until the third party learns of the revocation.

Dated this 2nd day of Oct, 2002.

James J. Nora, Sr.

James J. Nora, Sr., Principal

STATE OF COLORADO . . . . )
) ss.
CITY AND COUNTY OF DENVER )

The foregoing power of attorney was acknowledged before me this 2nd day of October, 2002, by JAMES J. NORA, SR.

Witness my hand and official seal.

James F. Ingraham

Notary Public

My Commission expires: 12/10/2002

ACCEPTANCE BY AGENTS

The undersigned acknowledge and accept appointment and agree to serve as Agents of the Principal under the foregoing instrument.

Signatures of Agents:

Audrey Hart Nora, Agent
1973 South Kenton Court
Aurora, CO 80014

(303) 306-7294

Wendy Alison Nora, Agent
6931 Old Sauk Road
Madison, WI 53717

(608) 833-7790

James J. Nora, Jr., Agent
7547 Brummond Dr.
Lincoln, NE 68516

(402) 420-3018

Elizabeth Hart Nora, Agent
1933 Cabernet Lane NW
Rochester, MN 55901

(507) 529-1646