IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mid-List Press,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**James J. Nora, Sr.**<br><br>**Defendant.** | **Court File No.: 02-CV-68 (DSD/SRN)** |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Paul A. Sortland, attorney for Defendant, hereby moves to withdraw as counsel pursuant to Local Rule 83.7(c). This motion is based upon the accompanying Memorandum, Affidavit of Paul A. Sortland, and all matters of record before the court.

Dated this 10th day of September, 2004

.__s/ Paul A. Sortland______________________

**Paul A. Sortland, #103573**
120 South Sixth Street, Suite 1510
Minneapolis, Minnesota 55402-1817
(612) 375-0400

**ATTORNEY FOR DEFENDANT**