IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mid-List Press,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**James J. Nora, Sr.**<br><br>**Defendant.** | **Court File No.: 02-CV-68 (DSD/SRN)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that a hearing on the attached Motion to Withdraw will be heard before the Honorable Magistrate Judge Susan Richard Nelson, on the 28th day of September, 2004, at 2:00 p.m., at Room C of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, or as soon thereafter as counsel can be heard.

Dated this 10th day of September, 2004

./s Paul A. Sortland
**Paul A. Sortland, #103573**
120 South Sixth Street, Suite 1510
Minneapolis, Minnesota 55402-1817
(612) 375-0400

**ATTORNEY FOR DEFENDANT**