IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mid-List Press,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**James J. Nora, Sr.**<br><br>**Defendant.** | **Court File No.: 02-CV-68 (DSD/SRN)** |

**AFFIDAVIT OF PAUL A. SORTLAND**
**September 10, 2004**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

Paul A. Sortland, being first duly sworn, deposes and states as follows:

1. Affiant has been the attorney for the Defendant in this action, since approximately August, 2003.

2. This matter has been appealed to the Eighth Circuit Court of Appeals, which rendered a decision against the Defendant on the 9th day of July, 2004.

3. The matter has been now remanded back to District Court, for further determination by this court.

4. Since then, affiant has received a Notice of Discharge, by Defendant's wife, purporting to

act, under power-of-attorney, discharging the undersigned as the counsel for Defendant in this action.

5. The Defendant, through his wife, contends that the Clerk of U.S. District Court advised her that this "Discharge of Counsel" was adequate and all that was necessary to change attorneys.

6. Affiant has serious doubts as to whether or not the "Notice of Discharge" served upon him relieves him from his obligations as counsel in this case, and wishes to formally withdraw pursuant to Local Rule 83.7, as obviously it is impossible for counsel to work with his client under these conditions, and for other reasons, unstated.

Dated this 10th day of September, 2004

__/s Paul A. Sortland________________
Paul A. Sortland

Subscribed and sworn to before me
this 10th day of September, 2004.

_/s Heather Nick______________
Notary Public

(Seal)
commission expires Jan. 31, 2008