IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **Mid-List Press,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**James J. Nora, Sr.**<br><br>**Defendant.** | **Court File No.: 02-CV-68 (DSD/SRN)** |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW

This Memorandum is submitted on behalf of Paul A. Sortland, in support of his motion to withdraw as counsel pursuant to Local Rule 83.7.

Local Rule 83.7(c) provides that withdrawal without substitution may be granted only by a motion made before the court, for good cause shown.

It is respectfully submitted that good cause is shown through the accompanying affidavit and attachments. These show that there has been a complete breakdown of the attorney-client relationship between Plaintiff and his client, and that the client apparently deems Plaintiff to have been discharged from his duties in this action.

Under these circumstances, it would be an inequitable and, for all practical purposes, impossible, for Paul A. Sortland to continue as attorney for Defendant in this action.

Respectfully submitted this 10th day of September, 2004.

**SORTLAND LAW OFFICE**

/s Paul A. Sortland

**Paul A. Sortland, #103573**
120 South Sixth Street, Suite 1510
Minneapolis, Minnesota 55402-1817
(612) 375-0400

**ATTORNEY FOR DEFENDANT**