**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2004, I caused the following documents:

**Notice of Motion**
**Motion to Withdraw as Counsel**
**Affidavit of Paul A. Sortland**
**Memorandum in Support of Motion to Withdraw**
**Proposed Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Ms. Laura J. Hein**
**Gray, Plant, Mooty, Mooty & Bennett, P.A.**
**500 IDS Center**
**80 South 8th Street**
**Minneapolis, MN 55402**

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Mr. James J. Nora, Sr.**
**1973 South Kenton Court**
**Aurora, CO 80014**

Dated this10th day of September, 2004. **s/ Paul A. Sortland**