UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Mid-List Press,<br><br>Plaintiff,<br><br>vs.<br><br>James J. Nora, Sr.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 02-CIV-68 (DSD/SRN)<br><br>**STIPULATION FOR DISMISSAL** |

## **STIPULATION**

Plaintiff Mid-List Press, appearing through its counsel, and Defendant James J. Nora, Sr., appearing pro-se, hereby stipulate and agree that the Court may enter an Order as follows:

1. That all of the parties' claims alleged herein, together with all claims, counterclaims or causes of action that might have been alleged herein, are dismissed with prejudice and on the merits, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

2. That this Court retains jurisdiction over the parties and the subject matter of this action for the sole purpose of enforcing the terms of the permanent injunction in all respects.

Dated: September 27, 2004.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By: s/Kathryn Bergstrom
Laura J. Hein (#155160)
Kathryn J. Bergstrom (#218431)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3015
Attorneys for plaintiff
Mid-List Press

Dated: September 16, 2004

By: s/James J. Nora, Sr.
James J. Nora, Sr.
Pro Se Defendant

GP:1625734 v1