UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Mid-List Press | ) | Civil No. 02 CIV-68 (DSD/SRN)) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER FOR DISMISSAL BASED UPON STIPULATION FILED AS ECF DOCUMENT NO. 78** |
| James J. Nora, Sr., | ) | |
| Defendant. | ) | |

Based on the Stipulation on file with the Court as ECF Document Number 78,

IT IS HEREBY ORDERED that:

1. That all of the parties' claims alleged herein, together with all claims, counterclaims or causes of action that might have been alleged herein, are dismissed with prejudice and on the merits, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

2. That this Court retains jurisdiction over the parties and the subject matter of this action for the sole purpose of enforcing the terms of the permanent injunction in all respects.

Date: September 29, 2004

s/David S. Doty
David S. Doty, Judge
U.S. District Court